UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY W.[1], an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL[2], Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:18-09689 JGB (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including the parties' Joint Stipulation [Dkt. No. 18], and the Report and Recommendation of the assigned United States Magistrate Judge dated November 18, 2019 [Dkt. No. 20]. No objections to the Report and Recommendation

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] On June 17, 2019, Saul became the Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

were filed. As such, after thorough analysis and consideration of the Report and Recommendation, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 20], is accepted;
2. The Administrative Law Judge's decision is reversed and this case is remanded for further administrative proceedings; and
3. Judgment is to be entered accordingly.

Dated: December 19, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge